**EXHIBIT A**

| | |
|---|---|
| A&B CORTEZ PROPERTY LLC | CASE #: 2025CA001503AX |
| | COURT: 12TH JUDICIAL CIRCUIT |
| PLAINTIFF(S) | COUNTY: MANATEE |
| | DFS-SOP #: 25-000180297 |
| VS. | |
| OHIO SECURITY INSURANCE COMPANY | |
| DEFENDANT(S) _____/ | |
| COMPLAINT | |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, July 15, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, July 16, 2025 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

ALEXANDER AVARELLO
MANAGING PARTNER
WIND LAW GROUP, PLLC
1135 KANE CONCOURSE
5TH FLOOR
BAY HARBOR ISLANDS, FL 33154

DG1

Florida Department of Financial Services - Bureau of Agent Services - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200
2025CA001503AX 227407230 filed at Manatee County Clerk 07/16/2025 03:50:19 PM EDT

Filing # 227082996 E-Filed 07/11/2025 02:20:30 PM

| | |
|---|---|
| A&B CORTEZ PROPERTY LLC, | IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA |
| Plaintiff, | |
| vs. | CASE NO.: 2025CA1503 |
| OHIO SECURITY INSURANCE COMPANY, | |
| Defendant(s). | |

## CIVIL ACTION SUMMONS

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this Summons, Complaint, Civil Cover Sheet, Notice of Designating Email Addresses for Service of Court, Request for Production, Requests for Admission, Interrogatories, Notice of Taking Deposition of Corporate Representative, and Notice of Taking Deposition of Adjuster attached hereto on the Defendant: OHIO SECURITY INSURANCE COMPANY

    **By Serving:** OHIO SECURITY INSURANCE COMPANY
                   c/o Florida Chief Financial Officer as RA
                   Service of Process Section
                   200 East Gaines Street
                   Tallahassee, FL 32399-4201

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is:

**Wind Law Group, PLLC**
c/o Robert Gallagher, Esquire
Florida Bar No.: 1004376
8570 Stirling Rd, Suite 102-406
Hollywood, FL 33024
Phone: (305) 801-9463; Facsimile: (786) 592-5581

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of the written defenses with the Clerk of the court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

                   ANGELINA COLONNESO   **CLERK OF THE COURT**

DATED    JULY 14 2025

By: _eSigned: 07/14/2025 10:06:09 AM_
      As Deputy Clerk

## AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Manatee County Jury Office, P.O. Box 25400, Bradenton, Florida 34206, (941)741-4062, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want to court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs' Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefoncia no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechose, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs' Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des pouirsuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir dela date de l'assignation de cette citation pour deposer une reponse ecrite a la loanite ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du nunommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du bribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au (Plaintiff/Plaintiffs' Attorney" (Plaignanct ou a son avocat) nomme ci-dessous.

In and for Manatee County:
If you cannot afford an attorney, you may contact Legal Aid of Manasota at (941) 747-1628 or www.legalaidofmanasota.org or Gulfcoast Legal Services at (941) 746-6151 or www.gulfcoastlegal.org. If you do not qualify for free legal assistance or do not know an attorney, you may email an attorney referral service (listed in the phone book) or contact the Florida Bar Lawyer Referral Service at (800)342-8011 or www.floridabar.org/public/lrs/.

| | |
|---|---|
| A&B CORTEZ PROPERTY LLC, | IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA |
| Plaintiff, | |
| v. | CASE NO.: |
| OHIO SECURITY INSURANCE COMPANY, | |
| Defendant. _____/ | |

## COMPLAINT

COMES NOW, Plaintiff, A&B CORTEZ PROPERTY LLC, by and through undersigned counsel, and hereby files this Complaint against the Defendant, OHIO SECURITY INSURANCE COMPANY, and allege the followings:

## PARTIES, JURISDICTION, AND VENUE

1. That this is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00) exclusive of interest, attorney's fees and costs, and is otherwise within the jurisdictional limits of this Court.
2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in MANATEE County, Florida.
3. That at all times material hereto the Plaintiff was and is a resident of MANATEE County, Florida, and are otherwise *sui juris*.
4. OHIO SECURITY INSURANCE COMPANY subjected itself to the jurisdiction of this Court by virtue of Fla. Stat. § 48.193(4) by contracting to insure a person, property, or risk located within this state at the time of contracting.
5. At all times material hereto, Plaintiff owned the property located at 1905 CORTEZ ROAD WEST BRADENTON, FL 34207 (hereafter referred to as "Insured Premises").
6. Jurisdiction and venue are proper in Manatee County, Florida.

## GENERAL ALLEGATIONS

7. On or about October 9, 2024, the Insured Premises suffered direct physical damage as the result of a covered loss, which was the peril of hurricane (hereafter referred to as the "Loss").
8. On the date of the Loss, there was an insurance policy (Policy Number: BKS66784619) in full force and effect providing insurance coverage to the Insured Premises (hereafter referred to as the "Policy"). Plaintiff is not in possession of a certified copy of the Policy but believes one to be in possession of Defendant. Plaintiff will obtain a certified copy of the Policy in discovery.
9. The Plaintiff has furnished the Defendant with timely notice of the loss, proof of claim, and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes.
10. Defendant acknowledged the claim and assigned Claim Number 24231204 to this matter (hereafter referred to as the "Claim").
11. After completing its investigation, the Defendant has refused to pay the full amount of the Claim.

## COUNT I – BREACH OF CONTRACT

Plaintiff readopts and realleges Paragraphs one (1) through eleven (11) above as if fully stated herein, and further alleges as follows:

12. The Policy is a contract to which the Plaintiff and Defendant are parties.
13. The Policy provides insurance coverage to the Insured Premises on an "all risk" basis, meaning that all risks are covered unless specifically excluding the cause of the Loss.
14. There is no language in the Policy specifically excluding the cause of the Loss to the Insured Premises.
15. The Defendant's refusal to pay the full amount of the Claim is contrary to the terms of the insurance policy and/or Florida law and represents a breach of the contract.
16. As a direct result of Defendant's breach of contract, Plaintiff suffered damages.

17. Plaintiff complied with all of their post loss obligations and conditions precedent to the filing of this action, or in the alternative, all conditions have been waived by the Defendant.
18. As a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claim in the full amount, the Plaintiff has been required to retain the services of the undersigned attorney to represent and protect the Plaintiff's interests, and Plaintiff has become obliged to pay reasonable attorney's fees for legal services in bringing and prosecuting this action.
19. Plaintiff's property has not been fully repaired due to Defendant's refusal to pay the entitled benefits per the terms of the insurance policy, and the longer Defendant refuses to pay, the more damages Plaintiff incurs.

WHEREFORE, the Plaintiff, A&B CORTEZ PROPERTY LLC, demands judgment against the Defendant, OHIO SECURITY INSURANCE COMPANY, for damages, including but not limited to, damage to the building and contents, interest allowed by law, pre-judgment costs, and such other and further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff further demands a trial by jury of all issues triable as a matter of right.

**Dated this Friday, July 11, 2025.**

**[Certificate of Service and signature on following page.]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11, 2025, a true and correct copy of the foregoing was furnished via the Florida Courts E-Filing Portal to all counsel of record.

**Wind Law Group, PLLC**
Attorney for Plaintiff
Mailing Address:
8570 Stirling Rd, Suite 102-406
Hollywood, FL 33024
Phone: (305) 801-9463
Fax: (786) 592-5581
Robert@windlawgroup.com (Primary)
service@windlawgroup.com (Secondary)

By:   */s/ Robert Gallagher, Esq.*
         Robert Gallagher, Esq.
         Florida Bar #1004376